# UNITED STATES  DISTRICT COURT

## Northern District of California

1
2
3

4   PATRICIA K KVAM

                         Plaintiff(s),
5
        v.
6   CHASE HOME FINANCE LLC
7
                       Defendant(s).
8  _____/

No. C 11-04004 MEJ

**ORDER DIRECTING PARTIES TO FILE CONSENT/DECLINATION FORM**

9

10     Pending before the Court is Defendant's motion to dismiss.  Upon review of the record in
11  this action, the Court notes that the parties have not filed written consents to magistrate judge
12  jurisdiction.  This civil case was randomly assigned to the undersigned magistrate judge for all
13  purposes including trial.  In accordance with 28 U.S.C. § 636(c), the magistrate judges of this district
14  court are designated to conduct any and all proceedings in a civil case, including trial and entry of
15  final judgment, upon the consent of the parties.  An appeal from a judgment entered by a magistrate
16  judge may be taken directly to the United States Court of Appeals for the Ninth Circuit in the same
17  manner as an appeal from any other judgment of a district court.

18     You have the right to have your case assigned to a United States District Judge for trial and
19  disposition.  Accordingly, the parties shall inform the Court whether they consent to magistrate
20  judge jurisdiction or request reassignment to a United States District Judge for trial.  A copy of both
21  the consent and declination forms may be obtained from the Northern District of California's website
22  at http://www.cand.uscourts.gov/.  From the homepage, choose "Forms" and then "Civil Forms."
23  The parties shall inform the Court of their decision by September 20, 2011.

24     **IT IS SO ORDERED.**

25

26  Dated: September 7, 2011

27                           _____
                            Maria-Elena James
28                           Chief United States Magistrate Judge

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**