UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| PATRICIA K KVAM, | No. C 11-04004 MEJ |
| Plaintiff, | **ORDER DISMISSING CASE** |
| v. | |
| CHASE HOME FINANCE LLC, et al., | |
| Defendants. | |

On September 6, 2011, the Defendants in the above-captioned matter filed a motion to dismiss, with a noticed hearing date of October 20, 2011. Dkt. No. 5. As Plaintiff Patricia Kvam failed to file an opposition pursuant to Civil Local Rule 7, the Court ordered Plaintiff to show cause why this case should not be dismissed for failure to prosecute and failure to comply with court deadlines. Dkt. No. 10. The Court ordered Plaintiff to file a responsive declaration by October 6, 2011. Plaintiff has failed to respond. Accordingly, based on Plaintiff's failure to oppose Defendants' motion to dismiss and failure to respond to the order to show cause, this case is hereby DISMISSED WITHOUT PREJUDICE. The Clerk of Court shall close the file.

**IT IS SO ORDERED.**

Dated: October 13, 2011

_____
Maria-Elena James
Chief United States Magistrate Judge