VERNON L. BRADLEY (SBN 49294)
**LAW OFFICES OF VERNON L. BRADLEY**
Waldo Point Harbor
54 Liberty Dock
Sausalito, California 94965-3106

Telephone:   (415) 331-4441
Facsimile:   (415) 331-4443

Attorney for Plaintiff,
PATRICIA C. KVAM

*GRANTED*
*Judge Maria-Elena James*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA C. KVAM, <br><br> Plaintiff, <br><br> v. <br><br> CHASE HOME FINANCE, LLC, a Delaware Limited Liability Corporation, purported successor in interest to WASHINGTON MUTUAL BANK, F.A., a Washington Corporation; CALIFORNIA RECONVEYANCE COMPANY, a California corporation, DOES 1 through 20, inclusive, and all persons unknown, claiming any legal or equitable right, title, estate, lien, or interest in the property described in the complaint adverse to Plaintiffs' title, or any cloud on Plaintiffs' title thereto, named as DOES 21-100, inclusive, <br><br> Defendants. | Case No.: 3:11-cv-04004-MEJ <br><br> **REQUEST FOR LEAVE OF COURT TO MOTION TO VACATE OR SET ASIDE THE COURT'S ORDER TO DISMISS** |

///

///

Plaintiff Patricia C. Kvam's attorney of record has made an error and mistake by missing the emailed notices for both the motion to dismiss and the order to show cause. Plaintiff requests the Court grant her leave to re-set the Defendant's motion to dismiss date, or allow Plaintiff to file a motion to set aside and vacate your Honor's Order Dismissing Case. Your Honor's Order is attached hereto as Exhibit A. Such motion to vacate would go unopposed as Chase's Counsel,

- 1 -

*Kvam v. Chase et. al.*
REQUEST FOR LEAVE FILE A MOTION TO VACATE ORDER DISMISSING CASE

Cyndi Claxton, has already agreed to allow us to go forward on the merits and not oppose a motion to set aside and vacate the prior order of dismissal. Claxton's email confirming her non-opposition is attached as Exhibit B.

Please allow us to vacate the order and re-set a date for the motion to dismiss with enough days for both an opposition and reply so as to prevent any prejudice to either party.

Date: October 17, 2011                                       Law Office of Vernon L. Bradley

                                                             Vernon L. Bradley
                                                             Attorney for Plaintiff,
                                                             Patricia C. Kvam.

This case is hereby REOPENED. Plaintiff shall file any opposition to Defendant's motion to dismiss by October 27, 2011. Defendant shall file any reply by November 10, 2011. The Court shall conduct a hearing on December 8, 2011 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

IT IS SO ORDERED.

Dated: October 20, 2011



Judge Maria-Elena James

- 2 -

*Kvam v. Chase et. al.*
REQUEST FOR LEAVE FILE A MOTION TO VACATE ORDER DISMISSING CASE

Exhibit A

Case3:11-cv-04004-MEJ Document13 Filed10/20/11 Page3 of 6

UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| PATRICIA K KVAM, | No. C 11-04004 MEJ |
| Plaintiff, | **ORDER DISMISSING CASE** |
| v. | |
| CHASE HOME FINANCE LLC, et al., | |
| Defendants. | |

On September 6, 2011, the Defendants in the above-captioned matter filed a motion to dismiss, with a noticed hearing date of October 20, 2011. Dkt. No. 5. As Plaintiff Patricia Kvam failed to file an opposition pursuant to Civil Local Rule 7, the Court ordered Plaintiff to show cause why this case should not be dismissed for failure to prosecute and failure to comply with court deadlines. Dkt. No. 10. The Court ordered Plaintiff to file a responsive declaration by October 6, 2011. Plaintiff has failed to respond. Accordingly, based on Plaintiff's failure to oppose Defendants' motion to dismiss and failure to respond to the order to show cause, this case is hereby DISMISSED WITHOUT PREJUDICE. The Clerk of Court shall close the file.

**IT IS SO ORDERED.**

Dated: October 13, 2011

Maria-Elena James
Chief United States Magistrate Judge

Exhibit B

## Vernon L. Bradley

**From:** Claxton, Cyndi [claxtonc@bryancave.com]
**Sent:** Thursday, October 13, 2011 3:00 PM
**To:** 'Vernon L. Bradley'
**Subject:** Kvam: Your Motion to Set Aside

Dear Mr. Bradley:

This confirms our discussion earlier today regarding the court's dismissal of plaintiffs' case for failure to prosecute/respond to the Order to Show Cause and oppose the motion to dismiss.

We will not oppose plaintiff's motion brought on the basis of inadvertence and error to set aside the dismissal.

Sincerely,

Cyndi J. Claxton, Esq.
Bryan Cave LLP
Two Embarcadero Center,
Suite 1410
San Francisco, CA  94111
(415) 675-3462 Phone
(415) 675-3686 Fax
claxtonc@bryancave.com

This electronic message is from a law firm. It may contain confidential or privileged information. If you received this transmission in error, please reply to the sender to advise of the error and delete this transmission and any attachments.

IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing, or recommending to another party any transaction or matter addressed herein.
bcllp2011