VERNON L. BRADLEY (SBN 49294)
**LAW OFFICES OF VERNON L. BRADLEY**
Waldo Point Harbor
54 Liberty Dock
Sausalito, California 94965-3106

Telephone:     (415) 331-4441
Facsimile:     (415) 331-4443

Attorney for Plaintiff,
PATRICIA C. KVAM

GRANTED

Judge Maria-Elena James

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PATRICIA C. KVAM,

     Plaintiff,

v.

CHASE HOME FINANCE, LLC, a Delaware
Limited Liability Corporation, purported
successor in interest to WASHINGTON
MUTUAL BANK, F.A., a Washington
Corporation; CALIFORNIA
RECONVEYANCE COMPANY, a California
corporation, DOES 1 through 20, inclusive,
and all persons unknown, claiming any legal
or equitable right, title, estate, lien, or interest
in the property described in the complaint
adverse to Plaintiffs' title, or any cloud on
Plaintiffs' title thereto, named as DOES 21-
100, inclusive,

     Defendants.

Case No.: 3:11-cv-04004-MEJ

**REQUEST FOR LEAVE OF COURT TO
MOTION TO VACATE OR SET ASIDE THE
COURT'S ORDER TO DISMISS**

///

///

     Plaintiff Patricia C. Kvam's attorney of record has made an error and mistake by missing the emailed notices for both the motion to dismiss and the order to show cause. Plaintiff requests the Court grant her leave to re-set the Defendant's motion to dismiss date, or allow Plaintiff to file a motion to set aside and vacate your Honor's Order Dismissing Case. Your Honor's Order is attached hereto as Exhibit A. Such motion to vacate would go unopposed as Chase's Counsel,

- 1 -

Cyndi Claxton, has already agreed to allow us to go forward on the merits and not oppose a motion to set aside and vacate the prior order of dismissal.  Claxton's email confirming her non-opposition is attached as Exhibit B.

   Please allow us to vacate the order and re-set a date for the motion to dismiss with enough days for both an opposition and reply so as to prevent any prejudice to either party.

Date: October 17, 2011                              Law Office of Vernon L. Bradley

                                                    Vernon L. Bradley

                                                    Attorney for Plaintiff,

                                                    Patricia C. Kvam.


This case is hereby REOPENED.  Plaintiff shall file any opposition to Defendant's motion to dismiss by October 27, 2011.  Defendant shall file any reply by November 10, 2011.  The Court shall conduct a hearing on December 8, 2011 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

IT IS SO ORDERED.

Dated: October 20, 2011



Judge Maria-Elena James

*Kvam v. Chase et. al.*
REQUEST FOR LEAVE FILE A MOTION TO VACATE ORDER DISMISSING CASE

Exhibit A

UNITED STATES  DISTRICT COURT

Northern District of California

PATRICIA K KVAM,

No. C 11-04004 MEJ

          Plaintiff,

**ORDER DISMISSING CASE**

    v.

CHASE HOME FINANCE LLC, et al.,

          Defendants.

_____/

On September 6, 2011, the Defendants in the above-captioned matter filed a motion to dismiss, with a noticed hearing date of October 20, 2011. Dkt. No. 5. As Plaintiff Patricia Kvam failed to file an opposition pursuant to Civil Local Rule 7, the Court ordered Plaintiff to show cause why this case should not be dismissed for failure to prosecute and failure to comply with court deadlines. Dkt. No. 10. The Court ordered Plaintiff to file a responsive declaration by October 6, 2011. Plaintiff has failed to respond. Accordingly, based on Plaintiff's failure to oppose Defendants' motion to dismiss and failure to respond to the order to show cause, this case is hereby DISMISSED WITHOUT PREJUDICE. The Clerk of Court shall close the file.

    **IT IS SO ORDERED.**

Dated: October 13, 2011

                         Maria-Elena James
                         Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT
For the Northern District of California

Exhibit B

## Vernon L. Bradley

| | |
|---|---|
| **From:** | Claxton, Cyndi [claxtonc@bryancave.com] |
| **Sent:** | Thursday, October 13, 2011 3:00 PM |
| **To:** | 'Vernon L. Bradley' |
| **Subject:** | Kvam:  Your Motion to Set Aside |

Dear Mr. Bradley:

This confirms our discussion earlier today regarding the court's dismissal of plaintiffs' case for failure to prosecute/respond to the Order to Show Cause and oppose the motion to dismiss.

We will not oppose plaintiff's motion brought on the basis of inadvertence and error to set aside the dismissal.

Sincerely,

Cyndi J. Claxton, Esq.
Bryan Cave LLP
Two Embarcadero Center,
Suite 1410
San Francisco, CA  94111
(415) 675-3462 Phone
(415) 675-3686 Fax
claxtonc@bryancave.com

This electronic message is from a law firm. It may contain confidential or privileged information. If you received this transmission in error, please reply to the sender to advise of the error and delete this transmission and any attachments.

IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing, or recommending to another party any transaction or matter addressed herein.
bcllp2011