UNITED STATES DISTRICT COURT

Northern District of California

PATRICIA K KVAM,

               Plaintiff(s),

   v.

CHASE HOME FINANCE LLC,

               Defendant(s).
_____/

No. C 11-4004 MEJ

**ORDER VACATING HEARING**

**Re: Docket No. 5**

      This matter is currently scheduled for a hearing regarding Defendant's Motion to Dismiss on May 24, 2012. Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds this matter suitable for disposition without a hearing and hereby VACATES the May 24 hearing. The Court shall issue an order forthwith.

      **IT IS SO ORDERED.**

Dated: May 22, 2012

                                                                         _____
                                                                        Maria-Elena James
                                                                        Chief United States Magistrate Judge