UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| PATRICIA K KVAM, | No. C 11-4004 MEJ |
| Plaintiff(s), | **ORDER VACATING HEARING** |
| v. | **Re: Docket No. 5** |
| CHASE HOME FINANCE LLC, | |
| Defendant(s). | |
| _____/ | |

This matter is currently scheduled for a hearing regarding Defendant's Motion to Dismiss on May 24, 2012. Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds this matter suitable for disposition without a hearing and hereby VACATES the May 24 hearing. The Court shall issue an order forthwith.

**IT IS SO ORDERED.**

Dated: May 22, 2012

_____
Maria-Elena James
Chief United States Magistrate Judge